ROSE S. REISS, Appellant, v. LEON REISS, Respondent.— Order dated September 9, 1940, unanimously reversed, with ten dollars costs and disbursements, and the motion granted to the extent of allowing fifteen dollars a week alimony *pendente lite*, and $200 counsel fee. Order dated October 1, 1940, unanimously reversed and the motion granted to the extent of allowing fifty dollars for counsel fee and disbursements, for the prosecution of the appeal from order of September 9, 1940. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of SUSAN MCNALLY, on Behalf of Herself and All Others Similarly Situated, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Commissioners Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and grant the application to the extent of restraining respondents from dismissing the appellant. (See dissenting opinion in *Matter of Mazzarella* v. *Kern, ante,* p. 1012, decided herewith.)

In the Matter of the Application of ISIDORE LEVINE, Petitioner, Appellant, for an Order against JOHN H. DELANEY and Others, Constituting the Board of Transportation, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ARTHUR A. WILLIAMS, Appellant, v. STURGES DORRANCE, Respondent.— Orders reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

LOCUST AVENUE REALTY CORPORATION, Appellant, v. ABRAHAM DREIER and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BANK OF NEW YORK, as Trustee under Deed of Trust Created by EDWARD H. BULKELEY, Appellant, v. SARAH JEWETT MARSH and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. ALEX P. WATTS and ALEX P. WATTS, INC., Appellants, Respondents; TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., Respondent, Appellant. — Decree unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [175 Misc. 107.]

JERRY BARNETT, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.